# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### Case No.: 3:10-cv-646

| | |
|---|---|
| **SHURTAPE TECHNOLOGIES, LLC,** | )<br>) |
| Plaintiff, | )<br>) |
| v. | )    **ORDER GRANTING**<br>)    **MOTION TO SEAL** |
| **LAMUS ENTERPRISES, INC.,** | )<br>) |
| Defendant. | )<br>) |

This matter comes before the Court on the Motion to Seal filed by Plaintiff Shurtape Technologies, LLC ("Shurtape"). It now appearing that the complaint and exhibit thereto filed by Shurtape contain sensitive and confidential material as they relate to a confidential Non-Disclosure Agreement and that, for good cause shown, the Motion to Seal should be granted;

IT IS HEREBY ORDERED that Shurtape is authorized to file its complaint, including Exhibit A thereto, under seal and that access to the complaint and exhibit is hereby restricted to only the attorneys of record.

Signed: December 21, 2010

Graham C. Mullen
United States District Judge

SEALED DOCUMENT with access to the attorneys of record and court users.